IN RE: PORCHE, CHRISTIE DUFRENE        CASE NO. 10-10097

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    103
60-249 / 433

| Case | Debtor |
|---|---|
| 10-10097 B  92004907283266 | PORCHE, CHRISTIE DUFRENE |

REISSUED CHECK FROM STALE CHECK PROCESSING

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date   03/23/2011        $ *********117.27

~~~One Hundred Seventeen Dollars and 27/100

Pay to the Order of   CHECK, UNITED STATES BANKRUPTCY COURT

MICHAEL CHIASSON, Trustee

⑊000000103⑊ ⑊043302493⑊ 92004907283266⑊

3/25/11
DEPOSIT TO TREASURY
UNCLAIMED.

DUE: BEVOLO GAS & ELECTRIC

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228362     - KW
* * C O P Y * *
March 25, 2011
   14:56:14


TREASURY REGFUND
    10-10097
Debtor.: CHRISTIE DUFRENE PORCHE
Trustee: Michael Chiasson
Amount.:            $117.27 CH
Check#.: 103


Total->  $117.27


FROM: CHIASSON
```

Printed: 03/23/11 11:24 AM

# Stale Check Report

Page: 1

**Trustee:** MICHAEL CHIASSON (380290)
**Case:** 10-10097 - PORCHE, CHRISTIE DUFRENE

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 9200-49072832-66 | 103 | 03/23/11 | CHECK, UNITED STATES BANKRUPTCY COURT | $117.27 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-49072832-66 1-1 | | 101 | 06/18/10 | 610 | BEVOLO GAS AND ELECTRIC<br>521 CONTI<br>NEW ORLEANS, LA 70130 | 7,000.00 | 7,000.00 | 117.27 | 117.27 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.